```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 28775
   JESUS REYES
   JOSETTE T REYES                          CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-9172    SSN XXX-XX-7895


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/24/2008 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 01/14/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
AMERICAN EXPRESS           UNSECURED      NOT FILED            .00            .00
AMERICREDIT FINANCIAL SV   UNSECURED       11759.67            .00            .00
CHECK INTO CASH OF ILLIN   UNSECURED      NOT FILED            .00            .00
CHECK INTO CASH OF ILLIN   UNSECURED      NOT FILED            .00            .00
CITIFINANCIAL MTG          UNSECURED      NOT FILED            .00            .00
CITIBANK                   UNSECURED      NOT FILED            .00            .00
FIRST NATIONAL BANK OF M   UNSECURED      NOT FILED            .00            .00
MED1 02 ST ALEXIUS MED C   UNSECURED      NOT FILED            .00            .00
MED1 02 ST ALEXIUS MED C   UNSECURED      NOT FILED            .00            .00
MED1 02 ST ALEXIUS MED C   UNSECURED      NOT FILED            .00            .00
ST ALEXIUS MEDICAL CENTE   UNSECURED      NOT FILED            .00            .00
ST ALEXIUS MEDICAL CENTE   UNSECURED      NOT FILED            .00            .00
ST ALEXIUS MEDICAL CENTE   UNSECURED      NOT FILED            .00            .00
FIRST FINANCIAL PORTFOLI   UNSECURED         713.74            .00            .00
GREGORY JANSYN DPM         UNSECURED      NOT FILED            .00            .00
MARISELA CORTEZ            UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
MED1 02 NORTHWEST COMMUN   UNSECURED      NOT FILED            .00            .00
MED1 02 NORTHWEST COMMUN   UNSECURED      NOT FILED            .00            .00
MED1ST ALEXIUS MEDICAL C   UNSECURED      NOT FILED            .00            .00
CREDIT ONE BANK NA         UNSECURED      NOT FILED            .00            .00
SHORT TERM LOAN            UNSECURED         725.53            .00            .00
SHORT TERM LOANS LLC       UNSECURED         400.88            .00            .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED            .00            .00
CHECK INTO CASH            UNSECURED         660.28            .00            .00
TITLE LENDERS INC          UNSECURED      NOT FILED            .00            .00
TITLE LENDERS INC          UNSECURED      NOT FILED            .00            .00
TRESSLER SODERSTROM ET A   NOTICE ONLY    NOT FILED            .00            .00
SANTANDER CONSUMER USA     SECURED VEHIC   20305.00            .00         839.52
SANTANDER CONSUMER USA     UNSECURED         125.27            .00            .00
GREENBROOK TANGLEWOOD      SECURED          3500.00            .00         122.80
QUANTUM SERVICING CORP     CURRENT MORTG        .00            .00            .00
QUANTUM SERVICING CORPOR   MORTGAGE NOTI  NOT FILED            .00            .00
CHECK INTO CASH            UNSECURED         303.55            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 28775 JESUS REYES & JOSETTE T REYES
```

```
LEGAL HELPERS PC           DEBTOR ATTY           .00                         .00
TOM VAUGHN                 TRUSTEE                                         74.66
DEBTOR REFUND              REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    1,036.98

PRIORITY                                                    .00
SECURED                                                  962.32
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                      74.66
DEBTOR REFUND                                               .00
                           ---------------       ---------------
TOTALS                     1,036.98              1,036.98
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE